JOSEPH B. SITTS, Appellant, v ALLISON L. SITTS, Respondent.

Submitted August 30, 2010; decided September 16, 2010

Motion to dismiss appeal dismissed as academic upon the ground that the appeal has been withdrawn.